# EXHIBIT A

# CONSENT TO REMOVAL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DEBRA BUTLER & FRED BUTLER § | | |
| Plaintiffs § | | |
| § | | |
| v. § | CIVIL ACTION | |
| § | | |
| ROSE AMERICA CORPORATION, § | NO. _____ | |
| D/B/A BMB TACK & TRACTOR § | | |
| SUPPLY COMPANY, TSC INDUSTRIES, § | | |
| INC. TRACTOR SUPPLY CO. OF TEXAS § | | |
| LP, & TRACTOR SUPPLY COMPANY OF § | | |
| GAINESVILLE, TEXAS all D/B/A § | | |
| TRACTOR SUPPLY § | | |

**CONSENT TO REMOVAL**

TO THE HONORABLE COURT:

Tractor Supply Company, TSC Industries, Inc., and Tractor Supply Company of Texas, LP all consent to the removal of this action to the United States District Court for the Eastern District of Texas, Sherman Division.

Tractor Supply Company of Gainesville, Texas is not a legal entity. To the extent that consent to removal is required by or on behalf of a store or location owned, operated or affiliated with Tractor Supply Company, such consent to removal is hereby given.

By giving the consent described in this instrument, no entity owned by or affiliated with Tractor Supply Company waives any substantive or procedural right under law, including but not limited to the right to insist upon proper service and delivery of suit papers, along with any and all defenses which may exist under statutory or common law, or otherwise.

_____
Joel A. Cherry
Vice President and General Counsel,
Tractor Supply Company

CONSENT TO REMOVAL - Solo Page
ETB/pw/236-429