# United States District Court
## EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

DEBRA BUTLER, FRED BUTLER §
§
vs. §                                  Case No.  4:07cv42
§                                  (Judge Schell/Judge Bush)
ROSE AMERICA CORPORATION, §
d/b/a BMB Tack & Tractor Supply §
Company, ET AL. §

## ORDER ON CLOSING DOCUMENTS

The court has been advised by the parties through their attorneys that all claims in the above-styled civil action have been settled.  Therefore, it is **ORDERED** that, on or before *January 14, 2008,* all parties shall submit to the court all papers necessary for the closing of this case and its removal from the active docket of this court .  If such papers are not received by the court by the scheduled deadline, the court may order counsel to appear at a hearing for the purpose of determining which party is responsible for the delay.  Thereafter, the court may enter such orders as are just and necessary to insure prompt resolution of this case.

**SO ORDERED.**

**SIGNED this 17th day of December, 2007.**

_____
DON D. BUSH
UNITED STATES MAGISTRATE JUDGE